*Mr. P. F. Leonard,* for Appellant.

*Messrs. Young & Young,* for Respondent.

---

No. 5,734.—H. B. McCAY, APPELLANT, *v.* STORY–WORK SHEEP CO., ET AL., RESPONDENTS.

*Appeal from District Court, Gallatin County; Ben B. Law, Judge.*

Decided September 15, 1925.

PER CURIAM.—Pursuant to appellant's motion to dismiss, the appeal herein is dismissed.

*Mr. Walter Aitken,* for Appellant.

*Mr. H. D. Bath,* for Respondent.